HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| SEA BRIM CONDOMINIUM ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota Company; TRISURA SPECIALTY INSURANCE COMPANY, an Oklahoma Corporation; ACCELERANT NATIONAL INSURANCE COMPANY, a Delaware Corporation; COMMONWEALTH INSURACE COMPANY OF AMERICA, a Delaware Corporation; FIRE & CASUALTY INSURANCE COMPANY OF CONNECTICUT, a Delaware Corporation; ARROWOOD INDEMNITY COMPANY, a Delaware Corporation; PENNSYLVANIA MANUFACTURERS' ASSOCIATION INSURANCE COMPANY, a Pennsylvania Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | NO. 3:22-cv-05817-BHS<br><br>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS ASPEN SPECIALTY INSURANCE COMPANY, ACCELERANT NATIONAL INSURANCE COMPANY, COMMONWEALTH INSURANCE COMPANY OF AMERICA, FIRE & CASUALTY INSURANCE COMPANY OF CONNECTICUT, AND ARROWOOD INDEMNITY COMPANY, WITHOUT PREJUDICE AND WITHOUT COSTS |

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS ASPEN SPECIALTY INSURANCE COMPANY, ACCELERANT NATIONAL INSURANCE COMPANY, COMMONWEALTH INSURANCE COMPANY OF AMERICA, FIRE & CASUALTY INSURANCE COMPANY OF CONNECTICUT, AND ARROWOOD INDEMNITY COMPANY, WITHOUT PREJUDICE AND WITHOUT COSTS (No. 3:22-cv-05817-BHS) - 1

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

Pursuant to FRCP 41(a), Plaintiff Sea Brim Condominium Association (the "Association") hereby dismisses its claim only against Defendants Aspen Specialty Insurance Company, Accelerant National Insurance Company, Commonwealth Insurance Company Of America, Fire & Casualty Insurance Company Of Connecticut, and Arrowood Indemnity Company (collectively "Defendants") without prejudice and without costs.  Defendants have not served either an answer or a motion for summary judgment, and FRCP Rules 23(e), 23.1(c), 23.2 and 66 do not apply to this action. Accordingly, the Association may dismiss its claim against only Defendants without a court order pursuant to FRCP 41(a).  All other Defendants remain in this action.

DATED this 20th day of January, 2023.

**STEIN, SUDWEEKS & STEIN, PLLC**

*/s/ Jerry H. Stein*
*/s/ Justin D. Sudweeks*
*/s/ Daniel Stein*
Jerry H. Stein, WSBA 27721
Justin D. Sudweeks, WSBA 28755
Daniel J. Stein, WSBA 48739
16400 Southcenter Pkwy, Suite 410
Tukwila, WA 98188
Email: jerry@condodefects.com
　　　　 justin@condodefects.com
　　　　 dstein@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660
***Attorneys for Plaintiff***

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS ASPEN SPECIALTY INSURANCE COMPANY, ACCELERANT NATIONAL INSURANCE COMPANY, COMMONWEALTH INSURANCE COMPANY OF AMERICA, FIRE & CASUALTY INSURANCE COMPANY OF CONNECTICUT, AND ARROWOOD INDEMNITY COMPANY, WITHOUT PREJUDICE AND WITHOUT COSTS (No. 3:22-cv-05817-BHS) - 2

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

# CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2023, a copy of the foregoing **Document** and this *Certificate of Service* were served on counsel below as noted:

<u>Attorney for Defendants Accelerant National Insurance Company and Commonwealth Insurance Company of America:</u>
Stephania C. Denton
LANE POWELL PC (SEA)
1420 Fifth Ave, Ste 4200
PO Box 91302
Seattle, WA 98111
Phone: (206) 223-7000
Email: dentons@lanepowell.com

☐ via US Mail
☐ via Legal Messenger
☐ via Email
☒ via USDC ECF

<u>Attorneys for Defendant Pennsylvania Manufacturers' Association Insurance Company:</u>
Eliot M. Harris
Laura E. Brindley
WILLIAMS KASTNER & GIBBS (SEA)
Two Union Square
601 Union St., Ste 4100
Seattle, WA 98101
Phone: (206) 628-6600
Emails: eharris@williamskastner.com;
lbrindley@williamskastner.com

☐ via US Mail
☐ via Legal Messenger
☐ via Email
☒ via USDC ECF

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

SIGNED this 20th day of January, 2023, at Tukwila, Washington.

*s/Zach Heafner*
Zach Heafner, Paralegal
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
Email: zach@condodefects.com
Phone: (206) 388-0660

CERTIFICATE OF SERVICE - 1

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660