HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAYMOND WILLIAMS, an individual, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>GEICO GENERAL INSURANCE COMPANY, a Maryland Corporation, CCC INTELLIGENT SOLUTIONS INCORPORATED, a Delaware Corporation,<br><br>　　　　　　　　　　Defendants. | Case No. 3:19-cv-5823-BHS<br><br>**ORDER EXTENDING DEADLINE TO SUBMIT JOINT STATUS REPORT**<br><br>NOTE ON MOTION CALENDAR:<br>April 20, 2023 |

Pursuant to Local Rule 7(d)(1), Plaintiff Raymond Williams ("Plaintiff") and Defendants GEICO General Insurance Company ("GEICO") and CCC Intelligent Solutions Inc. ("CCC") (collectively, the "Parties"), hereby stipulate as follows:

1. WHEREAS, on July 29, 2021, this Court entered an Order (Dkt. No. 97) staying this matter and ordering the Parties to provide the Court with a joint written status report and proposed case schedule within ten days after the Ninth Circuit Court of Appeals issued its mandate in *Lundquist v. First Nat'l Ins. Co. of Am.* ("*Lara*"), Case No. 21-35126 (9th Cir. 2021).

2. On February 11, 2022, the Ninth Circuit filed its opinion in *Lara* affirming Judge Bryan's denial of class certification in *Lundquist v. First Nat'l Insurance Co. of Am.*, Case No. 3:18-cv-05301-RJB. *Lara*, Dkt. No. 86; *Lara v. First Nat'l Ins. Co. of Am.*, 25 F.4th 1134 (9th Cir. 2022).

3. On March 28, 2022, the plaintiffs-appellants in *Lara* petitioned for rehearing and rehearing en banc. *Lara*, Dkt. No. 89.

4. On May 10, 2022, the Ninth Circuit denied the petition for rehearing and rehearing en banc in *Lara*. *Lara*, Dkt. No. 106.

5. On June 7, 2022, the Ninth Circuit issued its mandate in *Lara*. *Lara*, Dkt. No. 111. Accordingly, the deadline for the Parties to submit their joint status report was initially June 17, 2022.

6. The parties subsequently filed several motions to extend the deadline to submit their joint status report, and the current deadline is now April 21, 2023.

7. The Parties jointly and respectfully request an additional extension of 30 days for the deadline to submit a joint status report. The Parties have reached a settlement agreement in principle, and the requested extension will allow the Parties to document that agreement without the pressure of immediate court deadlines.

8. Based on the foregoing, the Parties stipulate and agree that good cause exists to extend the deadline to submit a joint status report to May 22, 2023.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 24th of April, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge

| | |
|---|---|
| HAGENS BERMAN SOBOL SHAPIRO LLP<br><br>By */s/Steve W. Berman*<br>Steve W. Berman (WSBA #12536)<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile:  (206) 623-0594<br>Email: steve@hbsslaw.com<br><br>Robert B. Carey (*pro hac vice*)<br>John M. DeStefano (*pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>11 West Jefferson Street, Suite 1000<br>Phoenix, AZ 85003<br>Telephone: (602) 840-5900<br>Email: rob@hbsslaw.com<br>Email: johnd@hbsslaw.com<br><br>*Attorneys for Plaintiffs* | */s/ Kathleen M. O'Sullivan*<br>Kathleen M. O'Sullivan, WSBA No. 27850<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101<br>Telephone: 206.583.8888<br>Facsimile: 206.583.8500<br>Email: KOSullivan@perkinscoie.com<br>Attorneys for Defendant CCC Information Services Inc.<br><br>*/s/ Marguerite M. Sullivan*<br>Marguerite M. Sullivan (*pro hac vice*)<br>Jason R. Burt (*pro hac vice*)<br>LATHAM & WATKINS LLP<br>555 11th Street NW, Suite 1000<br>Washington, DC 20004<br>Telephone: 202.637.2200<br>Email: marguerite.sullivan@lw.com<br>jason.burt@lw.com<br><br>Steven J. Pacini (*pro hac vice*)<br>LATHAM & WATKINS LLP<br>200 Clarendon Street<br>27th Floor<br>Boston, MA 02116<br>Telephone: 617.880.4516<br>Email: steven.pacini@lw.com<br><br>*Attorneys for Defendant CCC Information Services Inc.*<br><br>*/s/ Brian J. Hembd*<br>Dan W. Goldfine<br>Brian J. Hembd<br>DICKINSON WRIGHT PLLC<br>1850 N Central Ave., Suite 1400<br>Phoenix, AZ 85004<br>Attorneys for Defendant GEICO General Insurance Company<br><br>Vanessa S. Power<br>STOEL RIVES LLP<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br><br>*Attorneys for Defendant GEICO General Insurance Company* |

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on April 20, 2023 a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

DATED this 20th day of April, 2023.

/s/ Elizabeth E. Gibson