THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| SEA BRIM CONDOMINIUM ASSOCIATION, a Washington Non-Profit Corporation,<br><br>                              Plaintiff,<br><br>v.<br><br>ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota Company; TRISURA SPECIALTY INSURANCE COMPANY, an Oklahoma Corporation; ACCELERANT NATIONAL INSURANCE COMPANY, a Delaware Corporation; COMMONWEALTH INSURANCE COMPANY OF AMERICA, a Delaware Corporation; FIRE & CASUALTY INSURANCE COMPANY OF CONNECTICUT, a Delaware corporation; ARROWOOD INDEMNITY COMPANY, a Delaware corporation; PENNSYLVANIA MANUFACTURERS' ASSOCIATION INSURANCE COMPANY, a Pennsylvania Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>                              Defendants. | No. 3:22-cv-05817-BHS<br><br>STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE<br><br>**CLERK'S ACTION REQUIRED**<br><br>**NOTE ON MOTION CALENDAR: FEBRUARY 14, 2024** |

## I. STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the

parties that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the claims

against Pennsylvania Manufacturers' Association Insurance Company should be DISMISSED with

STIPULATED MOTION AND [PROPOSED]
ORDER OF DISMISSAL WITH
PREJUDICE - 1

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY, STE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

prejudice and without costs to any party. As no other Defendants remain in this lawsuit other than Doe Insurance Companies 1-10 which Plaintiff dismisses without prejudice and without costs, the Plaintiff asks that this case be closed.

DATED this 14th day of February, 2024.

STEIN, SUDWEEKS & STEIN, PLLC

*/s/Cortney Feniello*
Jerry Stein, WSBA No. 27721
Justin Sudweeks, WSBA No. 28755
Daniel Stein, WSBA No. 48739
Cortney Feniello, WSBA No. 57352
16400 Southcenter Parkway, Suite 410
Tukwila, Washington  98188
(206) 388-0660
Email: jerry@condodefects.com
Email: justin@condodefects.com
Email: dstein@condodefects.com
Email: cfeniello@condodefects.com
***Attorneys for Plaintiff***

WILLIAMS KASTNER AND GIBBS (SEA)

*/s/Eliot Harris*
Eliot Harris, WSBA #36590
601 Union St, Ste. 4100
Seattle, WA 98101
Phone: 206-628-6600
eharris@williamskastner.com
***Attorneys for Defendant Pennsylvania Manufacturers'***
  ***Association Insurance Company***

STIPULATED MOTION AND [PROPOSED]
ORDER OF DISMISSAL WITH
PREJUDICE - 2

## II. ORDER

The Court having reviewed the foregoing stipulation of the parties, now, therefore,

HEREBY ORDERS, ADJUDGES, AND DECREES that , the claims against Pennsylvania

Manufacturers' Association Insurance Company should be DISMISSED with prejudice and

without costs to any party and this case is closed.  The Clerk is directed to send copies of this

Order to all counsel of record. IT IS SO ORDERED.

DATED this _____ day of January, 2024.


_____
HONORABLE BENJAMIN H. SETTLE


Presented by:

STEIN, SUDWEEKS & STEIN, PLLC

*/s/Cortney Feniello*
Jerry Stein, WSBA No. 27721
Justin Sudweeks, WSBA No. 28755
Daniel Stein, WSBA No. 48739
Cortney Feniello, WSBA No. 57352
16400 Southcenter Parkway, Suite 410
Tukwila, Washington  98188
(206) 388-0660
Email: jerry@condodefects.com
Email: justin@condodefects.com
Email: dstein@condodefects.com
Email: cfeniello@condodefects.com
***Attorneys for Plaintiff***


WILLIAMS KASTNER AND GIBBS (SEA)

*/s/Eliot Harris*
Eliot Harris, WSBA #36590
601 Union St, Ste. 4100
Seattle, WA 98101
Phone: 206-628-6600
eharris@williamskastner.com
***Attorneys for Defendant Pennsylvania***
***Manufacturers' Association Insurance Company***


STIPULATED MOTION AND [PROPOSED]
ORDER OF DISMISSAL WITH
PREJUDICE - 3

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2024, a copy of the foregoing *Document* and this *Certificate of Service* were served on counsel below as noted:

Attorneys for Defendant Pennsylvania
Manufacturers' Association Insurance
Company:
Eliot M. Harris
Laura E. Brindley
Williams Kastner and Gibbs (SEA)
Two Union Square
601 Union St., Ste 4100
Seattle, WA 98101
Phone: (206) 628-6600
Email: eharris@williamskastner.com;
lbrindley@williamskastner.com

☐ via US Mail
☐ via Legal Messenger
☐ via Email
☑ via USDC ECF

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

SIGNED this 14th day of February, 2024, at Tukwila, Washington.

*s/Zach Heafner*
Zach Heafner, Paralegal
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
Email: zach@condodefects.com
Phone: (206) 388-0660

CERTIFICATE OF SERVICE - 1